UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL KEITH GAULT,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. CV 20-10687 PA (PVC)<br><br>**ORDER: (1) ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE; AND (2) DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (Dkt. No. 60)** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint in the above-captioned matter, all the records and files herein, Plaintiff's Motion for Default Judgment for Cause of Action No. 1 for Spoliation of Evidence, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED THAT Plaintiff's Motion for Default Judgment for Cause of Action No. 1 for Spoliation of Evidence is DENIED.

The Clerk shall serve copies of this Order on Plaintiff at his address of record and on counsel for Defendant.

IT IS SO ORDERED.

DATED: September 15, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2