# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL KEITH GAULT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. CV 20-10687 PA (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**<br>**(Dkt. Nos. 58 & 64)** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint in the above-captioned matter, Defendant's Motion for Summary Judgment, Plaintiff's Request for Stay to Complete Discovery, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED THAT:

1. Plaintiff Russell Keith Gault's Request for Stay to Complete Discovery pursuant to Federal Rule of Civil Procedure 56(d) is DENIED;

2. Defendant United States of America's Motion for Summary Judgment is GRANTED; and

3. Judgment shall be entered in favor of Defendant United States of America.

The Clerk shall serve copies of this Order and the Judgment herein on Plaintiff Russell Keith Gault at his address of record and on counsel for Defendant United States of America.

IT IS SO ORDERED.

DATED: October 22, 2022

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE