JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL KEITH GAULT, | Case No. CV 20-10687 PA (PVC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is granted in favor of Defendant United States of America and Plaintiff Russell Keith Gault shall take nothing.

Dated:  October 22, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE